UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KENNY L. MILLS, | ) | CASE NO. C08-1843-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RESCHEDULING |
| | ) | REMAINING BRIEFING |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 20, 2009, plaintiff filed a stipulation and proposed order amended the briefing schedule a second time. (Dkt. 12) The dates listed in the proposed order differed from the dates listed in plaintiff's stipulation. Additionally, the stipulation did not include a declaration from counsel showing that good cause existed to grant a second stipulation.[1] Plaintiff finally filed his Opening Brief on May 28, 2009, eight days after the deadline in effect at the time of filing, and one day after the deadline contained in plaintiff's second stipulation.

The Court will accept plaintiff's late filing, however plaintiff's counsel is advised that any future requests for extension of time must include a showing of good cause.

---

[1] Plaintiff's first stipulation to continue (Dkt. 10) also did not contain a declaration.

ORDER RESCHEDULING REMAINING BRIEFING
PAGE -1

Because of the one day late filing of plaintiff's Opening Brief, the remaining schedule is revised as follows:

    Defendant's Responsive Brief:    June 25, 2009

    Plaintiff's optional Reply Brief:    July 9, 2009

**The parties should take note that no further extensions will be granted absent extraordinary circumstances.**

DATED this 9th day of June, 2009.

    s/ Mary Alice Theiler
    United States Magistrate Judge